AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4<br><br>Plaintiff,<br><br>vs.<br><br>WOODLAND VILLAGE; WESTLAND REAL ESTATE DEVELOPMENT AND INVESTMENTS; THUNDER PROPERTIES, INC.; AND PHIL FRINK & ASSOCIATES, INC.,<br><br>Defendants. | Case No.:   3:16-cv-00501-RCJ-WGC<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE OF SUMMONS AND COMPLAINT UPON DEFENDANT WESTLAND REAL ESTATE DEVELOPMENT AND INVESTMENTS BY PUBLICATION AND ORDER ENLARGING TIME FOR SERVICE OF PROCESS |

The matter is before the court on plaintiff U.S. Bank's motion for order authorizing service of summons and complaint upon defendant Westland Real Estate Development and Investments (**Westland**) by publication and order enlarging time for service of process. [(ECF No. 30].

Upon review of the pleadings, declarations and evidence presented, it appears to the satisfaction of the Court, and the court finds, that:

(1) Plaintiff U.S. Bank has a valid cause of action against defendant Westland;

(2) Defendant Westland is a necessary and proper party;

1

(3) NRCP 4(e) provides for publication of the summons and complaint under the circumstances;

(4) The Reno Gazette - Journal is a newspaper of general circulation published in Washoe County County, State of Nevada;

(5) U.S. Bank has diligently attempted to serve defendant Westland within the State of Nevada;

(6) There is good cause to extend the time for service of the summons and complaint upon defendant Westland for an additional sixty (60) days.

IT IS HEREBY ORDERED that the summons and complaint in this suit be served on defendant Westland herein by publication thereof in the above-named newspaper and that the publication be made for a period of four (4) weeks and at least once per week;

IT IS FURTHER ORDERED that the time for service of the summons and complaint upon defendant Westland is extended for an additional sixty (60) days through and including February 3, 2017.

DATED: December 5, 2016.

_William G. Cobb_
UNITED STATES MAGISTRATE JUDGE