**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4,<br><br>    Plaintiff,<br><br>vs.<br><br>WOODLAND VILLAGE HOMEOWNERS ASSOCIATION; WESTLAND REAL ESTATE DEVELOPMENT AND INVESTMENTS; THUNDER PROPERTIES, INC.; AND PHIL FRINK & ASSOCIATES, INC.,<br><br>    Defendants. | Case No.: 3:16-cv-00501-RCJ-CSD<br><br>**ORDER FOR AN EXTENSION OF THE DISPOSITIVE MOTION DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff US Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2006-BC4, and defendant Thunder Properties, Inc. hereby stipulate to extend the dispositive motion deadline.

///

///

///

The dispositive motion deadline is currently set for Thursday, August, 25, 2022. The parties agree to extend the dispositive motion deadline by forty-five (45) days to **Monday October 10, 2022**.

The parties are discussing settlement and request the additional time to explore that further before incurring the fees associated with summary judgment briefing.  The parties enter into this stipulation in good faith and not for the purpose of delay or prejudice to any party.

| DATED: August 22, 2022. | DATED: August 22, 2022. |
|---|---|
| **AKERMAN LLP** | **ROGER P. CROTEAU AND ASSOCIATES, LTD** |
| */s/ Melanie D. Morgan*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>LILITH V. XARA, ESQ.<br>Nevada Bar No. 1318<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for US Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2006-BC4* | */s/ Timothy E. Rhoda*<br>ROGER P. CROTEAU, ESQ.<br>Nevada Bar No. 4958<br>TIMOTHY E. RHODA, ESQ.<br>Nevada Bar No. 7878<br>2810 W. Charleston Boulevard, Suite 75<br>Las Vegas, NV 89102<br><br>*Attorneys for Thunder Properties, Inc.* |

2

# ORDER

Based on the stipulation of the parties and good cause appearing:

**IT IS HEREBY ORDERED** that the dispositive motions deadline shall be extended to Monday, October 10, 2022.

_____
ROBERT C. JONES
DISTRICT COURT JUDGE Case
No.: 3:16-cv-00501-RCJ-CSD

3