UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST AND MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4,<br><br>                            Plaintiff,<br><br>vs.<br><br>WOODLAND VILLAGE; WESTLAND REAL ESTATE DEVELOPMENT AND INVESTMENTS; THUNDER PROPERTIES, INC.; AND PHIL FRINK & ASSOCIATES, INC.,<br><br>                            Defendants. | Case No.   3:16-cv-00501-RCJ-CSD |

**ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**
(Second Request)

COMES NOW, Defendant, THUNDER PROPERTIES, INC., and Plaintiff, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST AND MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4,  by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. Pursuant to this Court's Order dated August 26, 2022 [ECF #61], the parties hereto are to file Motions for Summary Judgment on or before October 10, 2022.

2. The parties continue to discuss settlement and prefer to devote their time and resources to an effort to amicably resolve the instant matter prior to engaging in further litigation.

3. In addition, Defendants' counsel currently has family visiting which is detracting from the time available to prepare a Motion.

4. Based upon the foregoing, the parties respectfully request that the deadline to file Motions for Summary Judgment herein be extended for approximately 30 days until November 7, 2022.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this  5th  day of October, 2022.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Timothy E. Rhoda
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

AKERMAN, LLP

/s/ Lilith V. Xara
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
LILITH V. XARA, ESQ.
Nevada Bar No. 1318
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
lilith.xara@akerman.com
*Attorney for Plaintiff*
*U.S. Bank National Association*

**IT IS SO ORDERED.**

By: _____
ROBERT C. JONES
United States District Judge

Dated:  October 11, 2022