UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST AND MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4,<br><br>      Plaintiff,<br><br>vs.<br><br>WOODLAND VILLAGE; WESTLAND REAL ESTATE DEVELOPMENT AND INVESTMENTS; THUNDER PROPERTIES, INC.; AND PHIL FRINK & ASSOCIATES, INC.,<br><br>      Defendants. | Case No.   3:16-cv-00501-RCJ-CSD |

**STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE**
(Third Request)

COMES NOW, Defendant, THUNDER PROPERTIES, INC., and Plaintiff, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST AND MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4,  by and through their undersigned counsel, and hereby stipulate and agree as follows:

17655 Little Peak

1. Pursuant to this Court's Order dated October 11, 2022 [ECF #63], the parties hereto are to file Motions for Summary Judgment on or before November 7, 2022.

2. The parties continue to discuss settlement and prefer to devote their time and resources to an effort to amicably resolve the instant matter prior to engaging in further litigation. US Bank is presently considering a settlement offer from Defendant and formulating a response. The parties do not expect to be able to fully explore settlement in advance of November 7, 2022.

3. In addition, Defendant's counsel is required to be out of town from November 1, 2022, through November 12, 2022, to attend to personal and family matters.

4. Based upon the foregoing, the parties respectfully request that the deadline to file Motions for Summary Judgment herein be extended for an additional approximately 30 days until December 7, 2022.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this 25th day of October, 2022.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Timothy E. Rhoda
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

AKERMAN, LLP

/s/ Melanie D. Morgan
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
LILITH V. XARA, ESQ.
Nevada Bar No. 1318
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
lilith.xara@akerman.com
*Attorney for Plaintiff*
*U.S. Bank National Association*

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: November 3, 2022.