UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST AND MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4,<br><br>Plaintiff,<br><br>vs.<br><br>WOODLAND VILLAGE; WESTLAND REAL ESTATE DEVELOPMENT AND INVESTMENTS; THUNDER PROPERTIES, INC.; AND PHIL FRINK & ASSOCIATES, INC.,<br><br>Defendants. | Case No.   3:16-cv-00501-RCJ-CSD<br><br>**ORDER GRANTING** |

**STIPULATION  TO EXTEND DISPOSITIVE MOTION DEADLINE**
(Fourth Request)

COMES NOW, Defendant, THUNDER PROPERTIES, INC., and Plaintiff, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST AND MORTGAGE LOAN ASSET-BACKED

CERTIFICATES SERIES 2006-BC4, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. Pursuant to this Court's Order dated November 3, 2022 [ECF #65], the parties hereto are to file Motions for Summary Judgment on or before December 7, 2022.

2. The parties continue to discuss settlement and prefer to devote their time and resources to an effort to amicably resolve the instant matter prior to engaging in further litigation. US Bank continues to consider a settlement offer from Defendant and is working on formulating a response. The Thanksgiving Day holiday and associated family obligations are believed to have slowed this process. The parties do not currently expect to be able to fully explore settlement in advance of December 7, 2022.

3. The Christmas and New Years Day holidays are rapidly approaching and these holiday seasons will likely further slow the parties' negotiations.

4. Based upon the foregoing, the parties respectfully request that the deadline to file Motions for Summary Judgment herein be extended for an additional approximately 60 days until February 7, 2023.

//
//
//
//
//
//
//
//
//
//
//
//

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this    29th    day of November, 2022.

| ROGER P. CROTEAU & ASSOCIATES, LTD. | AKERMAN, LLP |
|---|---|
| /s/ *Timothy E. Rhoda* <br>TIMOTHY E. RHODA, ESQ. <br>Nevada Bar No. 7878 <br>2810 W. Charleston Blvd., #67 <br>Las Vegas, Nevada 89102 <br>(702) 254-7775 <br>croteaulaw@croteaulaw.com <br>***Attorney for Defendant Thunder Properties, Inc.*** | /s/ *Melanie D. Morgan* <br>MELANIE D. MORGAN, ESQ. <br>Nevada Bar No. 8215 <br>LILITH V. XARA, ESQ. <br>Nevada Bar No. 1318 <br>1635 Village Center Circle, Suite 200 <br>Las Vegas, NV 89134 <br>(702) 634-5000 <br>lilith.xara@akerman.com <br>***Attorney for Plaintiff U.S. Bank National Association*** |

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: November 30, 2022