UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST AND MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4,<br><br>Plaintiff,<br><br>vs.<br><br>WOODLAND VILLAGE; WESTLAND REAL ESTATE DEVELOPMENT AND INVESTMENTS; THUNDER PROPERTIES, INC.; AND PHIL FRINK & ASSOCIATES, INC.,<br><br>Defendants. | Case No.   3:16-cv-00501-RCJ-CSD |

**ORDER TO EXTEND TIME
TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**
(First Request)

COMES NOW, Defendant, THUNDER PROPERTIES, INC., and Plaintiff, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST AND MORTGAGE LOAN ASSET-BACKED

CERTIFICATES SERIES 2006-BC4, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On January 17, 2023, Plaintiff caused a Motion for Summary Judgment to be filed herein. A response to said Motion is presently due on February 7, 2023.

2. Defendant's counsel is unable to prepare and file a response by the current deadline due to various other personal and professional obligations, including the preparation and filing of Defendant's affirmative Motion for Summary Judgment, which is also presently due on February 7, 2023.

3. Defendant has requested and shall be granted an extension of time to respond to Plaintiff's Motion for Summary Judgment until February 21, 2023.

4. This Stipulation is made in good faith and not for purpose of delay.

Dated this ___6th___ day of February, 2023.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ Timothy E. Rhoda
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
croteaulaw@croteaulaw.com
*Attorney for Defendant*
*Thunder Properties, Inc.*

AKERMAN, LLP

/s/ Melanie D. Morgan
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
LILITH V. XARA, ESQ.
Nevada Bar No. 1318
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
lilith.xara@akerman.com
*Attorney for Plaintiff*
*U.S. Bank National Association*

**IT IS SO ORDERED.**

By: _____
Judge, U.S. District Court

Dated: February 9, 2023