MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8515
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com
Email: lilith.xara@akerman.com

*Attorneys for US Bank National Association,
as Trustee for the Specialty Underwriting
and Residential Finance Trust Mortgage Loan
Asset-Backed Certificates Series 2006-BC4*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4,<br><br>Plaintiff,<br><br>vs.<br><br>WOODLAND VILLAGE HOMEOWNERS ASSOCIATION; WESTLAND REAL ESTATE DEVELOPMENT AND INVESTMENTS; THUNDER PROPERTIES, INC.; AND PHIL FRINK & ASSOCIATES, INC.,<br><br>Defendants. | Case No. 3:16-cv-00501-RCJ-CSD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO COUNTER-MOTION TO RE-OPEN DISCOVERY**<br><br>**(FIRST REQUEST)** |

US Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2006-BC4 and Thunder Properties, Inc., hereby stipulate that US Bank shall have an additional fourteen (14) days, up to and including **March 21, 2023**, to file its reply in support of its motion for summary judgment and its response to Thunder Properties counter-motion to re-open discovery pursuant to NRCP 56(D), which are currently due on March 7, 2023, pursuant to ECF Nos. 71 & 72.

{69020380;1}

1  This is the parties' first request for an extension of this deadline and is not intended to cause
2  any delay or prejudice to any party.
3  DATED this 2nd day of March, 2023.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
| /s/ *Lilith V. Xara* | /s/ *Timothy E. Rhoda* |
| MELANIE D. MORGAN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8515 | Nevada Bar No. 4958 |
| SCOTT R. LACHMAN, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 7878 |
| LILITH V. XARA, ESQ. | 2810 W. Charleston Boulevard, Suite 67 |
| Nevada Bar No. 13138 | Las Vegas, NV 89102 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for Thunder Properties, Inc.* |
| *Attorneys for US Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2006-BC4* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: March 3, 2023

{69020380;1}                                          2