MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8515
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
LILITH V. XARA, ESQ.
Nevada Bar No. 13138
**AKERMAN LLP**
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:   (702) 634-5000
Facsimile:   (702) 380-8572
Email: melanie.morgan@akerman.com
Email: scott.lachman@akerman.com
Email: lilith.xara@akerman.com

*Attorneys for US Bank National Association,
as Trustee for the Specialty Underwriting
and Residential Finance Trust Mortgage Loan
Asset-Backed Certificates Series 2006-BC4*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4,<br><br>                        Plaintiff,<br><br>vs.<br><br>WOODLAND VILLAGE HOMEOWNERS ASSOCIATION; WESTLAND REAL ESTATE DEVELOPMENT AND INVESTMENTS; THUNDER PROPERTIES, INC.; AND PHIL FRINK & ASSOCIATES, INC.,<br><br>                        Defendants. | Case No. 3:16-cv-00501-RCJ-CSD<br><br>**STIPULATION AND ORDER TO WITHDRAW MOTION FOR SUMMARY JUDGMENT, OPPOSITION TO SUMMARY JUDGMENT, AND MOTION TO RE-OPEN DISCOVERY; AND TO JOINTLY REQUEST DISCOVERY BE RE-OPENED** |

{69020380;1}

1  US Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2006-BC4 (**U.S. Bank**) and Thunder Properties, Inc., (**Thunder**) stipulate as follows:

(1) On January 17, 2023 U.S. Bank filed its motion for summary judgment. ECF No. 68.

(2) On February 21, 2023, Thunder filed its response to motion for summary judgment, ECF No. 71, and a motion requesting discovery be re-opened. ECF No. 72.

(3) The parties jointly request the court permit U.S. Bank to withdraw its motion for summary judgment, Thunder to withdraw its response to motion for summary judgment, and its motion to re-open discovery.

(4) The parties jointly agree that there are issues which have not been the subject of discovery previously due to developing caselaw and other factors not within the control of the parties, including relevant claims and/or defenses that had not yet ripened at the time the instant action was previously dismissed and became the subject of appeal.

(5) The parties request the court re-open discovery, permit one-hundred and twenty (120) days of additional discovery and set a new dispositive motion deadline.

(6) The parties believe the discovery requested is both required and in the best interests of the parties and the court—so that dispositive motions and/or the final adjudication of this matter are supported fully with the remaining record to be developed.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

This request is made in good faith and not for the purpose of delay, and will not cause prejudice to either party.

DATED this 21st day of March, 2023.

| **AKERMAN LLP** | **ROGER P. CROTEAU & ASSOCIATES, LTD.** |
|---|---|
|  /s/ Lilith V. Xara |  /s/ Timothy E. Rhoda |
| MELANIE D. MORGAN, ESQ. | ROGER P. CROTEAU, ESQ. |
| Nevada Bar No. 8515 | Nevada Bar No. 4958 |
| SCOTT R. LACHMAN, ESQ. | TIMOTHY E. RHODA, ESQ. |
| Nevada Bar No. 12016 | Nevada Bar No. 7878 |
| LILITH V. XARA, ESQ. | 2810 W. Charleston Boulevard, Suite 67 |
| Nevada Bar No. 13138 | Las Vegas, NV 89102 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | *Attorneys for Thunder Properties, Inc.* |
| | |
| *Attorneys for US Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2006-BC4* | |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED: April 27, 2023

{69020380;1}   3