ROGER P. CROTEAU, ESQ.
Nevada Bar No. 4958
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
ROGER P. CROTEAU & ASSOCIATES, LTD.
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
(702) 228-7719 (facsimile)
croteaulaw@croteaulaw.com
*Attorney for Defendant*
**THUNDER PROPERTIES, INC.**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

***

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST AND MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4,<br><br>Plaintiff,<br><br>vs.<br><br>WOODLAND VILLAGE; WESTLAND REAL ESTATE DEVELOPMENT AND INVESTMENTS; THUNDER PROPERTIES, INC.; AND PHIL FRINK & ASSOCIATES, INC.,<br><br>Defendants. | Case No.   3:16-cv-00501-RCJ-CSD |

**ORDER TO EXTEND TIME
TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND
MOTION TO STAY DISCOVERY**
**(Second Request)**

COMES NOW, Defendant, THUNDER PROPERTIES, INC., and Plaintiff, US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND

17655 Little Peak

RESIDENTIAL FINANCE TRUST AND MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4, by and through their undersigned counsel, and hereby stipulate and agree as follows:

1. On March 26, 2024, Plaintiff caused a Motion for Summary Judgment and Motion for Protective Order or Motion to Stay Discovery to be filed herein. [ECF #91, 92, 93].

2. On April 8, 2024, the parties submitted a stipulation to extend the deadline to respond to the subject motions until April 30, 2024. [ECF #94]. Said stipulation was granted on April 9, 2024. [ECF #95].

3. Since the filing of the last stipulation, the parties have been actively engaged in settlement discussions. Settlement has been complicated by the involvement of interested parties that are not parties to the litigation. The parties believe that a settlement is reasonably possible and they wish to devote their resources to fully exploring an amicable resolution before expending additional funds on briefing.

//
//
//
//
//
//
//
//
//
//
//
//
//
//

4. Defendant has requested and shall be granted an extension of time to respond to Plaintiff's Motion for Summary Judgment and Motion for Protective Order or Motion to Stay Discovery until May 24, 2024.

5. This Stipulation is made in good faith and not for purpose of delay.

Dated this  29th  day of April, 2024.

ROGER P. CROTEAU & ASSOCIATES, LTD.

/s/ *Timothy E. Rhoda*
TIMOTHY E. RHODA, ESQ.
Nevada Bar No. 7878
2810 W. Charleston Blvd., #67
Las Vegas, Nevada 89102
(702) 254-7775
croteaulaw@croteaulaw.com
***Attorney for Defendant***
***Thunder Properties, Inc.***

AKERMAN, LLP

/s/ *Scott R. Lachman*
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702) 634-5000
scott.lachman@akerman.com
donna.wittig@akerman.com
***Attorney for Plaintiff***
***U.S. Bank National Association***

**IT IS SO ORDERED**

By: _____
Judge, U.S. District Court

Dated: April 30, 2024

17655 Little Peak

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this ___29th___ day of April, 2024, I served via the United States District Court CM/ECF electronic filing system, the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT AND MOTION TO STAY DISCOVERY (Second Request)** to the following parties:

Melanie D Morgan
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
(702)634-5005
(702) 380-8572 (fax)
melanie.morgan@akerman.com
*Attorney for Plaintiff*
*US Bank*

Donna M. Wittig
Akerman LLP
1635 Village Center Circle
Ste 200
Las Vegas, NV 89134
702-634-5000
donna.wittig@akerman.com
*Attorney for Plaintiff*
*US Bank*

Scott Robert Lachman
Akerman LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
702-634-5021
scott.lachman@akerman.com
*Attorney for Plaintiff*
*US Bank*

/s/ *Timothy E. Rhoda*
An employee of ROGER P. CROTEAU & ASSOCIATES, LTD.

Page 4 of 4

17655 Little Peak