UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST AND MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4,<br><br>                              Plaintiff,<br>   v.<br><br>WOODLAND VILLAGE, *et al.*,<br><br>                              Defendants. | 3:16-cv-00501-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 104 |

Before the court is Defendant's Motion Regarding Discovery Dispute. (ECF No. 104.)

Pursuant to the court's Civil Standing Order (ECF No. 82), Plaintiff shall file a response on or before close of business on **Tuesday, June 11, 2024.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  June 10, 2024.

_____
Craig S. Denney
United States Magistrate Judge