SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
**AKERMAN LLP**
1180 North Town Center Drive, Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile:  (702) 380-8572
Email: scott.lachman@akerman.com
Email: donna.wittig@akerman.com

*Attorneys for US Bank National Association, as*
*Trustee for the Specialty Underwriting and*
*Residential Finance Trust Mortgage Loan*
*Asset-Backed Certificates Series 2006-BC4*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR THE SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES SERIES 2006-BC4,<br><br>                    Plaintiff,<br><br>vs.<br><br>WOODLAND VILLAGE HOMEOWNERS ASSOCIATION; WESTLAND REAL ESTATE DEVELOPMENT AND INVESTMENTS; THUNDER PROPERTIES, INC.; AND PHIL FRINK & ASSOCIATES, INC.,<br><br>                    Defendants. | Case No.: 3:16-cv-00501-MMD-CSD<br><br>  ORDER GRANTING **MOTION TO REMOVE FROM ELECTRONIC SERVICE LIST** |

**TO:    ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Melanie D. Morgan, Esq. is no longer associated with the law

firm of Akerman LLP, and counsel requests that Ms. Morgan be removed from the service list.

///

AKERMAN LLP
1180 TOWN CENTER DRIVE, SUITE 290
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

79771120;1

1    Akerman LLP continues to serve as counsel for U.S. National Bank.  All items, including, but

2  not limited to, pleadings, papers, correspondence, documents and future notices in this action should

3  continue to be directed to Scott Lachman, Esq. and Donna Wittig, Esq.

4    DATED:  February 10, 2025.

5

**AKERMAN LLP**

6

*/s/ Scott R. Lachman*

7  SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016

8  DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015

9  1180 North Town Center Drive, Suite 290
Las Vegas, NV 89144

*Attorneys for US Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2006-BC4*

IT IS SO ORDERED.

DATED:  February 10, 2025.

Craig S. Denney
United States Magistrate Judge

AKERMAN LLP
1180 TOWN CENTER DRIVE, SUITE 290
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572